ORIGINAL

FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0153

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0153

IN RE THE MARRIAGE OF

NIKKI FAYE WAITE,

    Petitioner and Appellant,

and

BRYCE ELLIS WAITE,

    Respondent and Appellee.

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on June 21, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, Appellant's opening brief is missing several features that make it fail to meet the minimal requirements for filing.

Appellant's brief does not contain most of the sections of content that the Montana Rules of Appellate Procedure require, including a table of contents; a statement of the issues presented for review; a statement of the case; a statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear; a statement of the standard of review as to each issue raised; a summary of the argument; an argument; and a conclusion stating the precise relief sought. M. R. App. P. 12(1)(a)-(h).

IT IS THEREFORE ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide Appellant with a copy of the Civil Handbook for litigants proceeding before this Court without an attorney; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 21st day of June, 2022.

For the Court,

By _____
Justice